24 So.2d 923

**Jim JONES v. STATE.**

4 Div. 914.

Court of Appeals of Alabama.
Nov. 20, 1945.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

24 So.2d 923

**Lewis JONES v. STATE.**

6 Div. 242.

Court of Appeals of Alabama.
Jan. 22, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

25 So.2d 856

**Eddie KEY v. STATE.**

4 Div. 938.

Court of Appeals of Alabama.
April 9, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

23 So.2d 884

**Claud KELLER v. STATE.**

8 Div. 495.

Court of Appeals of Alabama.
Nov. 6, 1945.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

24 So.2d 924

**James Everett KIMBERLY v. STATE.**

6 Div. 278.

Court of Appeals of Alabama.
Jan. 15, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

23 So.2d 145

**Blain KING v. STATE.**

7 Div. 813.

Court of Appeals of Alabama.
June 5, 1945.

Merrill, Merrill & Vardaman, of Anniston, for appellant.
Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed, motion of appellant.